UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00140

**Joshua Calhoun,**
*Petitioner,*

v.

**Director, TDCJ-CID,**
*Respondent.*

## ORDER

Petitioner Joshua Calhoun, an inmate confined within the Texas Department of Criminal Justice (TDCJ) proceeding pro se, filed this mandamus proceeding challenging his conviction. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the court deny Calhoun's petitions for writs of mandamus, dismiss this case with prejudice, and deny petitioner a certificate of appealability sua sponte. Doc. 6 at 3. Although petitioner acknowledged receipt of the report, Doc. 7, he did not file any written objections.

When no objections to a report have been filed, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Calhoun's petitions for writs of mandamus (Docs. 1, 4, 5) are denied. This case is dismissed with prejudice. The court also denies petitioner a certificate of appealability sua sponte. Any pending motions are denied as moot.

*So ordered by the court on January 12, 2026.*

J. CAMPBELL BARKER
United States District Judge